# UNITED STATES DISTRICT COURT

PLAINTIFF:
DAVID NICKERSON
CREDITOR:
PRIVATE PERSON:
MASSACHUSETTS STATE CITIZEN
MAN

AMENDED COMPLAINT
1:18 CV 10393 DLC

FILED IN CLERKS OFFICE
2018 JUN -1 AM 11:
U.S. DISTRICT COURT
DISTRICT OF MASS.

AGAINST:

DEFENDANTS:

CHELSEA MALIZIA, SHERI E COLLIGAN, JEFFREY MEYERS, MARY S. WETHERILL, CATHERINE DAVIDOW, SEACOAST DISTRICT 01044
N.H. DEPT. OF HEALTH and HUMAN SERVICES
CHILD SUPPORT SERVICES OF N.H.
SEACOAST DISTRICT 50 INTERNATIONAL DR.
PORTSMOUTH N.H. 03801-2862

I AM INTITLED TO RELIEF FROM DEFENDANTS,
I DEMAND THE RELIEF SOUGHT (AGAINST:)
   I am Requesting an INJUNCTION; CHILD SUPPORT SERVICES OF NH. Pending outcome of this case, to cease all monetary collections, and Return Funds Seized 4-17-18 3,150.00 earnings from wife's TAX Return after LITIGATION was initiated and PARTYS were SERVED, and NOTIFIED that the UNVALIDATED DEBT was being contested.

David Nickerson

# UNITED STATES DISTRICT COURT

**PLAINTIFF:**
DAVID NICKERSON
CREDITOR
MAN
MASSACHUSETTS STATE CITIZEN
PRIVATE PERSON

**AMENDED COMPLAINT**
1:18-CV-10393 DLC

MAGISTRATE JUDGE: Donald L. Cabell

## AGAINST:

**DEFENDANT:**

CHELSEA MALIZIA, SHERI E COLLIGAN, JEFFREY MEYERS, MARY S. WETHERILL, CATHERINE DAVIDOW,
SEACOAST DISTRICT 01044
NH DEPARTMENT OF HEALTH and HUMAN SERVICES
CHILD SUPPORT SERVICES OF NH
50 INTERNATIONAL DRIVE PORTSMOUTH NH 03801-2862

on or around 3-18-08 and prior to.

- USING DNA TO DEPRIVE ME OF MY STATUS and or STANDING of MAN (self incrimination)
- DEPRIVATION of RIGHTS UNDER COLOR of LAW
- ARBITRARILY CONFISCATING FUNDS CAUSING STRESS, FINANCIAL HARDSHIPS
- INDUCING CONTRACTS UPON MY PERSON (IV-D CONTRACTS)
- FRAUD
- MISREPRESENTATION (Not intended to benifit Children)
- GENDER DISCRIMINATION because i am a MAN (PARENT) FATHER I am discriminated
- DEPRIVATION of MY RIGHT TO an ATTORNEY
- BIASED (one sided Representation)
- CONFLICT OF INTEREST there is a conflict of INTEREST in that C.S.S. only REPRESENTS Kendra's interests (as well as their own) and provid me with NO REPRESENTATION. (IV-D Not intended to benifit Children)
- a disparity of LEGAL REPRESENTATION exists in that C.S.S. has unlimited access to the (BEST) FINEST ATTORNEYS AVAILABLE while I cannot afford Parity and none are offered.
- It is a conflict of interest in that Child Support IS ENFORCED BUT MY Parental RIGHTS are NOT.
- REVOKING LICENSES without court orders, RIGHT to an attorney, or Due Process of LAW.
- USC 241 CONSPIRACY TO VIOLATE RIGHTS
- USC 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

*[signature]*

# UNITED STATES DISTRICT COURT

Plaintiff:
DAVID NICKERSON
CREDITOR
MAN
MASSACHUSETTS STATE CITIZEN
PRIVATE PERSON

AMENDED COMPLAINT
1:18-CV-10393-DLC

AGAINST:

Defendant:
CHELSEA MALIZIA, SHERI E COLLIGAN, JEFFREY A. MEYERS,
MARY S WETHERILL, CATHERINE DAVIDOW.
STATE of N.H. FAMILY DIVISION DEPARTMENT of HEALTH and HUMAN
SERVICES CHILD SUPPORT SERVICES OF N.H. SEACOAST DISTRICT
01044 PORTSMOUTH N.H 03801-2862
JOHN T. PENDLETON (acting JUDGE)
DIANE P. CARON (acting CLERK)
STATE of NEW HAMPSHIRE, 10TH CIRCUIT-FAMILY DIVISION-PORTSMOUTH
111 PAROT AVE. PORTSMOUTH NH 03801-4402
ROCKINGHAM COUNTY
STATE OF NEW HAMPSHIRE (BUT NOT EXCLUSIVE to)

USC 241 CONSPIRACY TO VIOLATE RIGHTS.
USC 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.
TORT, STRESS, TRESPASS.
FRAUD, fraud in contracts. Contracts Induced upon my person.
14TH AMENDMENT Limits the actions of the STATE and Local officials in addition to EQUAL PROTECTION under the LAW to all citizens and DUE PROCESS from being and of LIFE, LIBERTY, and or PROPERTY and or PURSUIT of HAPPINESS from being DEPRIVED.
FORCED and or Compelled LABOR. PENAGE Section 81 PENAGE:
1581 FORCED LABOR
1489 Threats and or FORCED LABOR: threats or FORCE PHYSICAL LABOR, VALUE OBTAINING of LABOR
UNVOLUNTARY, SERVITUDE
RIGHT TO AN ATTOURNEY
DUE PROCESS OF LAW

*David Nickerson* (signature)

# UNITED STATES DISTRICT COURT

**PLAINTIFF:**
DAVID NICKERSON
CREDITOR
PRIVATE PERSON
MASSACHUSETTS STATE CITIZEN
MAN

**AMENDED COMPLAINT**
1:18 CV 10393 DLC
MAGISTRATE JUDGE: Donald L. Cabell

AGAINST:

**DEFENDANTS:**

CHELSEA MALIZIA, SHERI E. COLLIGAN, JEFFREY MEYERS, MARY S WETHERILL, CATHERINE DAVIDOW,    SEACOAST DISTRICT 01044
                                  N.H. DEPT. OF HEALTH AND HUMAN SERVICES
SEACOAST DISTRICT   CHILD SUPPORT SERVICES OF N.H.
                    50 INTERNATIONAL DR. PORTSMOUTH N.H. 03801-2862

JOHN T PENDLETON (Acting Judge)
DIANE P CARON (Acting Clerk)
        10th DISTRICT COURT FAMILY DIVISION PORTSMOUTH

ROCKINGHAM COUNTY

STATE OF N.H.

ELIZABETH BIELECKI, (ACTING DIRECTOR)
        REGISTRY OF MOTOR VEHICLES

US DEPARTMENT OF THE TREASURY
BUREAU OF FISCAL SERVICE  P.O. BOX 1686 BIRMINGHAM AL. 35201-1686

I.R.S.

SOCIAL SECURITY ADMINISTRATION
OFFICE OF EARNINGS OPERATIONS
P.O. BOX 33026, BALTIMORE MD. 21290-3026

a disparity of legal representation exists in that C.S.S. has UNLIMITED access to the best attorneys, while I can not afford parity and none are offered.
COLLUSION
USC 241 Conspiracy to violate RIGHTS
USC 242 Deprivation of RIGHTS under Color of Law
    ALL DAMAGES FROM ALL PARTIES ARE A RESULT OF THE FRAUD that LED to THE DEPRIVATION of RIGHTS, MY DAMAGES ARE the RESULT of the UNLAWFUL ACTIONS OF CSS and its Conspirators. enforcing child support collections, But NOT Parental RIGHTS there is a conflict of interest in that CSS only represents Kendra's interests and provide me with NO REPRESENTATION.

UNITED STATES DISTRICT COURT

Plaintiff:
DAVID NICKERSON.
MAN
CREDITOR
MASSACHUSETTS STATE CITIZEN
PRIVATE PERSON

AMENDED COMPLAINT
1:18 CV 10393 DLC

AGAINST:

Defendants:

JOHN T. PENDLETON (acting Judge)

STATE OF NEW HAMPSHIRE
JUDICIAL BRANCH
NH CIRCUIT COURT
10th CIRCUIT - FAMILY DIVISION - PORTSMOUTH

On or around 3-18-08
COLLUSION: Contractual agreements with CSS, County, and STATE.
Conflict of INTEREST VIA (the State treasury)
Fraud: fraud in CONTRACTS (failure to disclose Consequences of Non Performance)
Lacking FULL DISCLOSURE. (Fraud Act 1911)

USC 241 CONSPIRACY TO VIOLATE RIGHTS
USC 242 DEPRIVATION OF RIGHTS under Color of Law
Harrassment.
STRESS, TORT, TRESSPASS

NO 11th AMENDMENT IMMUNITY (CONTRACT U)

# UNITED STATES DISTRICT COURT

Plaintiff:
DAVID NICKERSON
MAN
CREDITOR
MASSACHUSETTS STATE CITIZEN
PRIVATE PERSON

AMENDED COMPLAINT
1:18 CV 10393 DLC

AGAINST:

Defendant:

ELIZABETH BIELECKI (acting director)

REGISTRY OF MOTOR VEHICLES of N.H.

holding my property until such time as (contested) claims from CSS were paid without Court ORDER or Verification of ALLEGED DEBT, Contract, or obligation to CSS. No court order or offer to council

TRIPLE TAXATION ON the Same claim (triple indemnity)
    CHARGED 55.00 REINSTATEMENT FEE
    CHARGED 100.00 REINSTATEMENT FEE
    CHARGED CSS RELEASE OF or ON LICENSE
    on or around Feb-March of 2017

COLLUSION: With C.S.S. REVOKING MOTORCYCLE and operators License Without Court order inhibiting RIGHT OF TRAVEL: a Protected RIGHT. (2-14-17 I received Acknowle-ment Reciept)
3-21-17 Turning a "RIGHT OF TRAVEL" into a privilege and Charging a fee.
Inducing fraudulant Contracts upon my person (license)
NOT Listing Consequences - LACKS FULL DISCLOSURE (Fraud Act 1911)
in violation of the limited athourity of the REGISTRY OF MOTOR VEHICLES and ELIZABETH BIELECKI.S Athourity, and after recieving and recognition of receiving documents from me on December of 2017 including $250,000.00 Claim per incident or per 15 minutes for any violations of my rights has not been rebutted.

I have not received canceled Contracts on vehicle titles

I have not received Proof of canceled License Contract that violates my religous beliefs. (KEEP NO GRAVEN IMAGES) has not been RESPECTED and the request has not been REBUTTED (request sent 12-26-17.)
This further restricts my travel and Responsabilitys as well as threatening myself and my children to dangerous confrontations with Policy ENFORCEMENT, "stress"
    I am REQUESTING "RELIEF" from ELIZABETH BIELECKI and REGISTRY OF Motor Vehicles. (TITLE 75 DOES NOT APPLY TO MY NON COMMERCIAL USE DETERMINES CLASSIFICATION)
inducing contracts on my person that has no benefit (license) (registration)
Requestin RELIEF Through EXEMPTION STATUS

# UNITED STATES DISTRICT COURT

Plaintiff:
DAVID NICKERSON
CREDITOR
MAN
MASSACHUSETTS STATE CITIZEN
PRIVATE PERSON

AMENDED COMPLAINT
1:18-CV-10393 DLC
MAGISTRATE JUDGE Donald L. Cabell

AGAINST:

DEFENDANT:

U.S DEPARTMENT of the TREASURY
BUREAU of the FISCAL SERVICE
P.O. BOX 1686 BIRMINGHAM AL. 35201-1686

INTERNAL REVENUE SERVICE                                           AS:
INTUIT INC. CUSTOMER COMMUNICATIONS 2800 EAST COMMERCE CENTER PLACE
            TUCSON AZ. 85706
COLLUSION

UNLAWFULLY SEIZING ASSETS from NICOLE NICKERSON (4-17-18)
$3,150.00

Without PROPER NOTIFICATION
Without COURT ORDER

USC 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
INVOLUNTARY SERVITUDE

I am SEEKING RELIEF from:
        FUNDS ALLOCATED from NICOLE NICKERSON PLUS DAMAGES
TORT, STRESS, TRESPASS.
DAMAGES are a result of the unlawful actions of C.S.S. and the FRAUD that led to DEPRIVATION OF MY RIGHTS.

March 16, 2018

The office of Child Support Legal was served with documents for Jeffrey Meyers, Mary Weatherhill, Catherine Davidow and Chelsea Malizia.

*[Signature: Rita Comer]*

OCSE

MAR 16 2018

LEGAL

*[Stamp: FILED IN CLERKS OFFICE 2018 JUN -1 AM 11: 23 U.S. DISTRICT COURT DISTRICT OF MASS.]*

**FILED IN CLERKS OFFICE**

Case Name: Nickerson v. Child Support Services of N.H. et al

2018 JUN -1  AM 11: 23

Case Number: 1:18-cv-10393-DLC

**U.S. DISTRICT COURT DISTRICT OF MASS.**

RECEIVED

MAR 1 6 2018

10th Circuit Court
Family-Portsmouth

David Nickerson
91 Lupine Road
Lowell MA 01850
US

