PLAINTIFF:
DAVID NICKERSON

Judge Magistrate:
Donald L Cabell
1:18-CV-10393 DLC

Defendant: State of N.H. CSS

"NOTICE OF OBJECTION"

I David Nickerson object to the "RECOMMENDATION" to REASSIGN MY CASE 1:18-CV-10393 DLC To a district Judge to be dismissed because of these facts...

**Fact #1** THE STATE of N H C S S utilizes Federal Law 460 42 USC 660 452(a)(8) 42 USC 658(2) INCENTIVE PAYMENTS to STATES and 31 US Code 6305 cooperative agreements etc. To Seize funds and Property From My wife and family on or around May of 2017 in direct Conflict with 42 USC 666(a)(5)(i) due Process Requirements and in violation of USC Art III SEPERATION of Powers

**Fact #2** STATE AGENCIES use Federal law 42 USC 666 and IV-D Enforcement (Federally funded) to deprive me of ALL LICENSING Functions. RIGHT of travel, and employment without D.P.O.L.

**Fact #3** GENDER DISCRIMINATION: Compelled Federally Funded IV-D PAYMENTS RESULT IN FINANCIAL Winfall and thus forces injured party into Poverty while applicant enjoys a notable HIGHER Standard of LIVING. (violation of EQUAL Protection Under the Law as well as 6th Amendment VIOLATIONS of Deprivation of RIGHT to Council and equal Parity of Council. ABSOLUTE GENDER DISCRIMINATION EXISTS and I demand Head of CSS disclose STATISTICS of the Ratio of Council afforded to MOMS V DaDS to Prove this Claim. (Fact) and by ENFORCING Collections of C.S. BUT NOT ENFORCING VISITATION.

**Fact #4** Federal Law is being utilized to ARBitrarily Collect funds and using other STATE and federal agencies to ASSIST them (STATE of NHCSS), IN COLLUSION WITH I.R.S. STATE OF N.H. DMV Federal Social Security Act UNITED STATES DISTRICT Court has Jurisdiction

**Fact #5** § 19-11-304a Contractor performing CHILD Support ENFORCEMENT FUNCTIONS under the Provisions of title IV-D of the Federal Social Security Act. WAVE IMMUNITY and deprive RIGHTS under Color of Law.
contract with County:
USC 666 302.34 cooperative agreements arrangements acting Judges have NO IMMUNITIES and all C.S. ORDERS are a nullity (void) NULLIFIED

I DAVID Nickerson object to the ASSERTION this Court LACKS Jurisdiction to Federal Law, Rules, and federal agencies IN VIOLATION of Federal Law.

I David Nickerson object to the ASSUMPTION acting Clerks and acting Judges are within their Judicial Capacity WHILE enforcing Federally Funded IV-D ENFORCEMENT Programs, a direct Conflict of INTEREST.

all attempts at REdressing the STATE of N.H. CSS For GRIEVANCES HAS Failed NOTICES NOT RESPONDED to: information REQUESTS Not RESPONDED To: all UNREBUTTED CLAIMS Now considered true and factual without being contested by Any Party.

**Fact #6** There IS NO Remedy Within the STATE.

I HAVE the Authority and the right to FILE LAW Suits against STATE of NHCSS and Conspirators, and I am ENtitled to RECIEVE FUNDS For damages (SEE CASE LAW)

David Nickerson 8-15-18

UNITED STATES DISTRICT COURT

PLAINTIFF:
DAVID NICKERSON

MAGISTRATE JUDGE
Donald L Cabell

## Case Law

Any time magistrates or Judges are dealing with statutes, such as 42 USC Heath and Welfare. Such as the etc. Said Magistrates or Judges become Clerks Working for Prosicutors; Judges who become involved in Enforcement. act as Mere Clerks, for the involved agency. KC Davis. ADMIN.LAW, CH.1. (CPP. WEST'S 1965 Ed.)

It is the accepted Rule, Not only in state courts but of the Federal Courts as well, that When a Judge (ACTS) IS ENFORCING ADMIN. LAW, they are described as mere 'Extensions of the ADMIN. agency for Superior reveiwing' as a ministerial Clerk for an agency... 30 Cal 596; 167 Cal 762.

When acting to enforce a statute and its subsequent amendments to the present date, the Judge of the Municipal court is acting as an ADMIN. officer and NOT in a JUDICIAL capacity.... Thomson v Smith, 154 S.E. 579, 583; Keller V P.E. 261 US 428 F.R.C. V G.E. 281 U.S. 464 (emphasis added)

Ministerial officers are incompetent to recieve Grants of Judicial Power from the Legislature, their acts in attempting to exercize such powers are necessarily nullities" BURNS V SUP., CT., SF.140 Cal. 1.

A Judge ceases to sit as a Judicial officer because the Governing Principals of administrative law Provides that courts are prohibited from substituting their evidence, testimony, Record, arguments, and rationale for that of the agency. Additionally, Courts are Prohibited from their substituting their Judgements for that of the agency." AISI V US. 568 F2d 284.

an Officer who acts in violation of the Constitution ceases to Represent the government. Brookfield const. Co. V. Stewart, 284 F. Supp. 94.

When a judge acts where he or she does not have Jurisdiction to act, The Judge is an act or acts of treason. US V. Will, 449 US 200, 216, 101 S Ct. 471, 66 L Ed 2nd 392, 406 (1980) Cohens V. Virginia 19 US (6 Wheat) 264, 404, 5 L Ed. 257 (1821).

an uconstitutional Law is void and is as no law.... Ex Parte Siebold 100 US 371, 376 (1880) Quoted with approval in FAY V. Noia 372 US 391, 408 (1963)

*David Nickerson* 8-15-18

UNITED STATES DISTRICT COURT

PLAINTIFF:
David Nickerson

MAGISTRATE Judge
Donald L. Cabell

Defendants.
STATE of NH CSS I.E.
County

SUING UNDER 1983 (judges)

RELIEF:

1.5 MILLION Dollars Paid to ME For activated damages

1.5 MILLION Dollars Paid to ME For RIGHTS Violations,
all unlawfully ALLOCATED FUNDS be returned to all affected parties.

50 MILLION Dollars SET UP INTO a trust account for me for Gender discrimination.

EXEMPTION STATUS FROM all STATE and federal AGENCIES INVOLVED fraud

1.5 Million Dollars for PRIMA FACIA EVIDENCE of acts and Contracts ENGAGED IN Fraud.

FILED IN CLERKS OFFICE 2018 AUG 15 AM 10:40 U.S. DISTRICT COURT DISTRICT OF MASS.

David Nickerson
8-15-18