UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL CASE NO. 18-10393-RGS

DAVID NICKERSON

v.

CHILD SUPPORT SERVICES
OF N.H., et al.

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

August 21, 2018

STEARNS, D.J.

I fully agree with Magistrate Judge Cabell that David Nickerson's Armstrong's petition fails to state any well-pled factual allegations sufficient to state a claim, and, moreover, that the Eleventh Amendment and principles of sovereign and judicial immunity bar the court from hearing these claims.

Consequently, Magistrate Judge Cabell's Recommendation is ADOPTED and the petition is DISMISSED with prejudice. The Clerk will enter judgment for the Respondent and close the case.[1]

---

[1] Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 of this Order dismissing the petition for writ of habeas corpus is DENIED, the court seeing no meritorious or substantial basis supporting an appeal.

SO ORDERED.

/s/ Richard G. Stearns_____
UNITED STATES DISTRICT JUDGE