UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

David Nickerson

        Plaintiff

  v.                                    CIVIL ACTION 1:18-10393-RGS

Child Support Services of N.H. et al

        Defendants

JUDGMENT

STEARNS, D.J.

    In accordance with the Court's Order adopting the Report and Recommendation of the Magistrate Judge [D.10] on August 21, 2018, it is hereby ORDERED:

    Judgment entered for the Defendants.

                                                                        By the Court,

8/21/2018                                                       /s/ Arnold Pacho
Date                                                          Deputy Clerk