UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Case 1:18-cv-10393 RGS    DISTRICT JUDGE D.J. STEARNS

"NOTICE"

I, David Nickerson: DAVID NICKERSON HEREBY INVOKE:
IN ACCORDANCE WITH: "THE FOUR CORNERS RULE OF THE COURT" (1967)
TO SHOW EVIDENCE OF:

1. ELEVENTH AMENDMENT and PRINCIPLES of SOVEREIGN and JUDICIAL IMMUNITIES. That BAR THE COURT FROM HEARING THESE CLAIMS.

2. SOVEREIGN and JUDICIAL IMMUNITIES FROM INJUNCTION after SERVICE.

3. FIRST HAND KNOWLEDGE OF IMMUNITIES, PROTECTIONS, ELEVENTH AMENDMENT IMMUNITIES and PROTECTIONS and IMMUNITIES FROM INJUNCTIONS after SERVICE.

4. ABSOLUTE Proof of CLAIMS OF ELEVENTH AMENDMENT IMMUNITIES, PROTECTIONS and PRINCIPLES of SOVEREIGN and JUDICIAL IMMUNITY, DOCUMENTS, CONTRACTS, and FIRST HAND KNOWLEDGE, SWORN UNDER OATH, UNDER PENALTY OF PERJURY and WITH UNLIMITED LIABILITY and NOTORIZED BY A NOTORY OF REPUBLIC and MAILED TO RETURN ADDRESS WITHIN 15. FIFTEEN DAYS. WITH ALL SUPPORTING CLAIMS. (OF THIS NOTICE) with:

5. JUDGE D.J. STEARNS BOND, LISENCE and OATH OF OFFICE

JUDGMENT DATE: 8-20-2018

THEREFORE; JUDGEMENT CIVIL CASE NO. 1:18-10393-RGS ACTION (civil) IS ACCEPTED UNDER SAID TERMS and CONDITIONS PURSUENT (1967) FOUR CORNERS RULE OF THE COURT to SHOW EVIDENCE OF: and OR EIGHT CORNERS RULE to SHOW EXTENSIC EVIDENCE OF: "FOR PROOF OF JUDGMENT"
CORRECTIONS and QUESTIONS: FOR CLAIMS MADE AGAINST ME:

IS THIS COURT BOUND TO PROTECT FOURTH AMENDMENT RIGHTS?
DO I HAVE A RIGHT TO EVIDENCE AS DEMANDED BY ME?
LANGUAGE (WORD USSAGE)

PRINCIPLES: DEFINITION; "MORALS". QUESTION: WHERE ARE THE MORALS;?
NO "WELL PLED" "FACTUAL" NO "MERITORIOUS" OR "SUBSTANCIAL BASIS". QUESTION: DEFINITION;
RECIEVED, UNDERSTOOD. RECOGNIZED. TESTIMONY PROVIDED. FACTS PROMULGATED.

David Nickerson
PRO SE Litigant         9-6-2018