UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEP. 27, 2018

DISTRICT JUDGE: D.J. STEARNS

CASE: 1:18-CV-10393 RGS   DAVID NICKERSON V CHILD SUPPORT SERVICES of NH

SECOND NOTICE (IN 21 DAYS YOU HAVE NOT RESPONDED)

FOR: PROOF OF JUDGEMENT:   JUDGEMENT DATE 8-20-2018

DISTRICT JUDGE D.J. STEARNS AND THIS COURT HAS MADE A CLAIM AGAINST MY NAME "DAVID NICKERSON" AND I HAVE INVOKED THE FOUR CORNERS RULE OF THE COURT TO SHOW EVIDENCE OF:

1. ELEVENTH AMENDMENT AND PRINCIPLES of SOVEREIGN AND JUDICIAL IMMUNITIES THAT BAR THIS COURT FROM HEARING THESE CLAIMS.

2. SOVEREIGN and JUDICIAL IMMUNITIES FROM INJUNCTION AFTER SERVICE.

3. FIRST HAND KNOWLEDGE OF ELEVENTH AMENDMENT IMMUNITIES AND PROTECTIONS AND IMMUNITIES AND PROTECTIONS FROM INJUNCTIONS AFTER SERVICE AND FIRST HAND KNOWLEDGE OF PRINCIPLES OF SOVEREIGN AND JUDICIAL IMMUNITIES AND PROTECTIONS.

PLEASE RESPOND WITHIN 10 DAYS WITH:

UNDENIABLE PROOF: OF: CLAIMS OF 11TH AMENDMENT IMMUNITIES AND PROTECTIONS AND PRINCIPLES OF SOVEREIGN AND JUDICIAL IMMUNITIES AND PROTECTIONS: and DOCUMENTS, CONTRACTS, AND FIRST HAND KNOWLEDGE. SWORN UNDER OATH UNDER PENALTY OF PERJURY AND WITH UNLIMITED RESOURCES AND WITH UNLIMITED LIABILITY AND NOTORIZED BY A NOTORY OF REPUBLIC AND MAILED TO RETURN ADDRESS WITHIN 10 DAYS OF RECEIVING THIS SECOND NOTICE

THEREFORE I ACCEPT THIS JUDGEMENT UNDER THESE TERMS AND CONDITIONS

QUESTIONS AND CORRECTIONS:
a) IS THIS COURT: "A COURT OF RECORD"?
b) WORDS, DEFINITIONS, CONSIDERED UNREBUTTED?
c) DOES THIS COURT HAVE STANDING TO DISMISS THIS CASE?

REQUESTS FOR D.J. STEARNS BOND AND OATH OF OFFICE REMAIN AS NOT RECIEVED.

Gerald F WARD
/s/ Gerald F Ward
27 Sept 18

/s/ Elizabeth
27 Sept 18

PRO SE LITIGANT   SEPT. 27, 2018
/s/ David Nickerson
DAVID NICKERSON
David Nickerson