I George Edgerly AM AND DID WITNESS DAVID NICKERSON ENCLOSE ONE DOCUMENT FOR the SECOND TIME MAILED TO: UNITED STATES DISTRICT COURT MASSACHUSETTS DISTRICT COURT OFFICE ON THIS DAY SEPTEMBER 27, 2018 OF THE CLERK JOSEPH MOAKLEY COURTHOUSE 1 Courthouse way STE 2300 BOSTON MA. 02210
FIRST NOTICE SENT SEPTEMBER 6, 2018

*George Edgerly* 27 Sept 18

*David Nickerson* SEP. 27, 2018
DAVID NICKERSON)

*Gerald F Ward* Sep 27 18
Gerald F WARD)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OCTOBER 11, 2018   "PROOF OF MAILING"

15 OCT 18

I, George Edgerly, DID WITNESS DAVID NICKERSON MAIL ONE DOCUMENT TO UNITED STATES DISTRICT COURT DISTRICT OF MA. I George Edgerly HAVE FIRST HAND KNOWLEDGE OF DOCUMENT BEING MAILED AS 1 AFFIDAVIT   15 OCT 18

15 OCT 18

I George Edgerly, AM WITNESS TO SAID DOCUMENT BEING PLACED IN an ENVELOPE and SEALED and MAILED ON THIS DAY.

FILED
IN CLERKS OFFICE
2018 OCT 17  AM 10: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

David Nickerson  10-15-18

[signature] 10-14-18

[signature]
10/11/18

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OCTOBER 11, 2018

DISTRICT JUDGE
D.J. STEARNS ai

CASE # 1:18-CV-10393 RGS
DAVID NICKERSON V CHILD SUPPORT SERVICES ai
JUDGEMENT DATE 8-20-2018

3RD NOTICE (FINAL NOTICE)

FOR PROOF OF JUDGEMENT: PERSUENT (1967) FOUR CORNERS RULE OF THE COURT. I David Nickerson HAVE NOT RECIEVED any EVIDENCE OF COURTS CLAIMS OF:

1. 11TH AMENDMENT AND PRINCIPLES OF SOVEREIGN AND JUDICIAL IMMUNITIES THAT BAR THIS COURT FROM HEARING THESE "CLAIMS"
2. Sovereign and Judicial immunities from INJUNCTIONS AFTER SERVICE.
3. First hand KNOWLEDGE OF ELEVENTH AMENDMENT AND PRINCIPLES of Sovereign and JUDICIAL IMMUNITIES AND PROTECTIONS and Sovereign and Judicial IMMUNITIES AND PROTECTIONS AGAINST INJUNCTION AFTER SERVICE

PLEASE RESPOND WITHIN 10 DAYS WITH

UNDENIABLE PROOF OF: D.J. STEARNS and This Courts CLAIMS OF: ELEVENTH AMANDMENT and PRINCIPLES of Sovereign and Judicial IMMUNITIES and PROTECHONS. IMMUNITIES and Protections FROM INJUNCTION AFTER SERVICE. along with Documents, Contracts FIRST HAND KNOWLEDGE, SWORN UNDER OATH UNDER PENALTY OF PerJURY with UNLIMITED RESOURCES and UNLIMITED LIABILITY NOTORIZED BY A Notory of REPUBLIC and RETURN MAILED TO ME AT THE RETURN ADDRESS WITHIN 10 DAYS OF RECIEVING THIS THIRD AND FINAL NOTICE: and, OR Conditional ACCEPTANCE.

QUESTIONS and CORRECTIONS:

a.) DO I NOW HAVE STANDING IN THIS COURT?
b.) IS THIS NOW A "COMMON LAW" COURT OF RECORD?
C.) DOES J.D. STEARNS AND OR THIS COURT COLLECT(ING) FUNDS FROM STATE TREASURY?
D.) MAY I RECIEVE INFORMATION I REQUESTED? (DEMANDED)
E.) IS THE ELEVENTH AMENDMENT AND THE CONSTITUTION PROTECTING YOU FROM ME?
F.) Can this Court PROVE Its CLAIMS VIA J.D. STEARNS?
G.) WHO CREATED THIS COURT?
H.) DO I NOW HAVE A LEGITIMATE CLAIM?
I.) DOES THIS COURT NOW LACK THE STANDING TO DISMISS THIS CASE?

ALL UNREBUTTED CORRECTIONS CLAIMS and QUESTIONS NOW AND FOR ALL TIME DEEMED TRUE AND FACTUAL

REQUESTED BUT NOT RECIEVED D.J. STEARNS BOND INFORMATION, OATH OF OFFICE.

David N. 10-15-18

13 OCT 18 10 11 18